UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JENNIFER SEXTON, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | No. 3:25-cv-234 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| *Defendant*. | ) | |

**O R D E R**

United States Magistrate Judge Cynthia R. Wyrick filed a report and recommendation (the "R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Doc. 19). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record and the parties' stipulation of attorney fees and expenses, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations (Doc. 19).

Accordingly, it is **ORDERED** that parties' stipulation (Doc. 18) is **ACCEPTED**, and Plaintiff is awarded $8,500.00 in attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2142. In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Court notes the EAJA fees are payable to Plaintiff as the litigant and may be subject to offset to satisfy a pre-exiting debt that Plaintiff owes to the United States. If Plaintiff owes no debt to the United States, the payment of the EAJA fees can be made directly to Plaintiff's counsel to the extent that Plaintiff and Plaintiff's counsel have executed a valid fee shifting assignment.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

2